**RECEIVED**

Name: JACKIE TAYLOR
Address: GENRAL DELIVERY, HELENA, MT. 59601
Telephone: 406-437-4885

FEB 15 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
HELENA

2816   MONTANA

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ~~UTAH~~ MONTANA
## MISSOULA _____ DIVISION  please forward.

JACQUELYN TAYLOR
(Full Name)
**PLAINTIFF**

vs.

UNITED STATES
PRESIDENT BARACK OBAMA

**DEFENDANTS**

To: The Honorable Judge Dana
It is imperative that this proceed by immediate action, instead of the normal proceedings.
Thank you

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)
Federal emergency injunction!!

CIVIL NO._____
(Supplied by Clerk)

Please attach to Federal court case 2008
Salt Lake city UT.
I'm sorry for the handwriting, I have PTSD from this painful case. Please allow me to begin + then quickly improve presentation.

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. [X] 42 U.S.C. §1983
   b. ___ 42 U.S.C. §1985
   c. ___ Other (Please Specify) _____

2. NAME OF PLAINTIFF Jacquellyn Taylor
   IS A CITIZEN OF THE STATE OF Helena

   PRESENT MAILING ADDRESS: Genrol delivery, Helena
   Montana, 59601

*The President, Barack Obama enjoys absolute immunity.[?]*
*It is the Cabinet, Secretaries, and agency corporations he has appointed, who are responsible.*

3. NAME OF FIRST DEFENDANT *President Barack Obama* Page 3 of 18
   IS A CITIZEN OF *W.D.C.*
                   (City and State)

   IS EMPLOYED AS *President of U.S.* at *White House*
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ☒ NO ___. If your answer is "YES" briefly explain.

   *Yes and also while previous president Bush was president.*

4. NAME OF SECOND DEFENDANT *Please go to additional sheets.*
   (If applicable)

   IS A CITIZEN OF _____
                   (City and State)

   IS EMPLOYED AS _____ at _____
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ___ NO ___. If your answer is "YES" briefly explain.

5. NAME OF THIRD DEFENDANT _____
   (If applicable)

   IS A CITIZEN OF _____
                   (City and State)
   IS EMPLOYED AS _____ at _____
   (Position and Title if Any)   (Organization)

Parties / Defendants continued from #3. pg. 4816

#4 defendant. Secretary Sebelius Health and Human Services. She was acting under the authority or color of Federal law at the time of these claims occurred as well as the previous Bush administration Secretary of H.H.S. W.D.C.

B. **Nature of case** The current and Past Secretary have violated the "9th amendment." They have violated, Federal RICO laws, Civil Rights act, 504/ADA, Have acted in Bad Faith and have failed to exercise discretion, a showing of reckless and callous indifference to personal rights. They have violated my right to an education, through their remiss allowing state agencies vocational Rehabilitation and Dept. of Education and regions 8, 9, 10 to not process civil rights violations; Federal H.H.S. programs 1) Medicaid 2) Adult + aging 3) Child welfare Bureau, 4) Mental Health 5) TBRA, "Tenant Based rental assistance", Housing programs. 6) Grant monies for "Legal Aid" clients for SSI claims and "Child Welfare" services assisted through the "Legal Services Corp."

C. **Cause of Action** COUNT I Washington, D.C. failed to act and were the driving force behind the injury to myself my daughter Jamie Taylor and my Jon Conrod Taylor alleged. Their conduct was deliberate indifference II 1983 § non constitutional interests and caused unauthorized intentional deprivation of Federal and State laws by Federal + State employees. There has never been a lapse of 120 days nor even one day since March, 29, 2003. They've retaliated against me for complaining violating whistle Blower protection ad RICO laws VI Violated the 9th amendment VII Failure to stop serious International abuses while taking place in Canada under their "Refugee" rights I was a party too and the International services administered through the State of Massachusetts and Canada. VIII I believe defendants jointly conspired, effecting a vicious abuse of authority

in every state in the United states and every federal and state agency in the United States of America for nine years, giving me a serious case of PTSD, "Post traumatic Stress disorder", as well as this illness effecting both the plaintiffs children, Conrad + Jamie Taylor, my life is ruined, Total loss of peace + enjoyment from the, 100% denial of all federal and State entitys, 14th + 9th amendments from those representing official policy and its execution of edicts and acts, did inflict Harm and injury they are responsible for.

D. Injury   I was deprived of my maternal rights and to be able to protect my daughter Jamie Taylor and Conrad Taylor. I was terrorized and traumatized and in 2003 PTSD began to grow in me till it became a full blown case equal to some who serve in our "armed forces". My two children also have PTSD, depression. This first act of negligence began with Governor Mitt Romney the massachusetts governor who is now the "GOP" frontrunner and whom I believe is also a deterent in any positive action to ever take place should he become the next president in the United States; I have suffered the most in the State of Utah, Governor Huntsman and their hold over any productive action ever taking place in "office", D. Civil Rights and Reycon of Denver, co. region, to Seattle, Wash. while Governor president as governor my right as an excommunicated, short term LDS mormon. And as an outspoken Democratic woman (please see civil rights complaints protected classes) gender, religion, politics. This is also the same situation in the state of Utah where the government costed my full blown PTSD in their cruel misstreatment by its municipalities jointly conspiring. The effects of Health and Human services violations of the 9th and 14th amendment and its powerful authority meant I could not

D. INJURY contd. from page.

protect myself in my needs meriting HHS Fedrl programs for people with disabilities, Behavior Health case management, Medicaid, Adult and aging service, Vocational Rehabilitation, Because of my need to rescue my daughter Jamie Taylor I applied myself 24/7 non stop for five years in pursuing reunification, denied attorneys, Fair Hearings, mediation, Governors in HI, CA, Mass, UT. and now MT. from stopping this agenda of the Fedrl government. I believe that this will only stop when a fedrl court Judge Moths W.D.C. See stories of HUD-Donovon DOE-Duncan DOL-Solice HHS-Sebelius S.S. Comis. Astrue Legal services Corp - Jim Sandman DOJ - Eric Holder + deputies of disability rights 504/C.R. victim reparations, EEOC complaints. I believe I must duely file this in WDC Fedrl court also now. The injuries of being denied Housing that would be immediately my disability and preference lists, chronic Homelessness, I'm a Senior, I'm disabled and now I spend all my SSI $698 on a Motel after living in my car since the arrival to Montana June 2011 - Jan 3, 2012 Here I've been denied HUD HPRP recovery funds as well in CA + UT. denied case management of "Aware" MT. 14th amendment and "Center for Mental Health" Ombudsman for Mental Health. USDA Senior food services, foodstamps, all Fair Hearing seeking remedies, reg 8 + 10 OCR, OCR Inspector generals issues of Legal services corp. HHS, DOE Denied the "Fedrl rio" a rgt to a career through DOL programs DOE HHS, HUD, There is not another citizen in the united states

who has come close to suffering [PA?B?] the
magnitude of my efforts to complain + seek remedies
I am humiliated + abused and suffering the consequences from the effects.
This is the same in CA denied Interview Vocational
rehabilitation, denied Disability Rights CAP a Vocational
rehab. services, denied Montana Legal Services under
NDC HHS adult + aging. I Beg the court to relieve me
and my family and President Barack Obama.

D. INJURY   HUD. WDC Secretary Donovan. Dir
complained of Fax & telephone, openly directly to Mark
Johnson Ronald Davis, Brian Fitzmaurice Field officers
Reg. 8 + locally Formal civil rights complaints, never re-
ceiving one single response  Bob Buzzas "continuum
of care" refuses to help  Josh La Frombroise Helena MT
refuses to help  [crossed out] MT  Jresta Torrell MT. Refuses
to help. DOC commissioner, denied Federal Liason
services from "Job services" between them and Vocational
rehab. Jim Nolan who handles "continuum of care"
Hud programs, TBRA, Senior commodities (USDA TOO)
DOS notify. Kelly Williams and John Macrae adult
and aging Montana refuse to help. Independent living under
BOB - DOE refuses to help. RMDC Rocky Mountain
development, Housing commission + city/county commiss-
ioners all refuse to do one single thing.

D. INJURY

No one responds to my grievances + requests for service, MT. CAP Vocational Rehab, Services Corp, about MT issues, Legal Aid + disability Rights even the disciplinary counsel attorney misconduct, is indifferent. Medicaid refuses to provide assistance in complaints against doctors, therapists, mental health + medical clinics. Self paying for medication after 9 years out of my pocket, glasses I am allergic to Nickel. I've been wearing these same frames + lenses for 12 years something. Vocational rehab is obligated to help with + refuses. I am denied assistive technology service for blind or low vision AO you can see the "Pattern of abuse Trail" is massive my resilience is impressive + diligent creating a non stop civil rights statute that is never exceeded its limit. I've barely been able to make my cases of injury due to my PTSD my mere sub. existence is intolerable the cruel, mean people are massive retaliation/collusion lack of regulation are a well kept secret + must stop.

E. PREVIOUS LAWSUITS  Filed 4 years ago Joell Lake co/s UT. after being told of magistrate to re do complaint I was then sued of Vocational Rehabilitation I was denied an attorney in my defense, my Federal Lawsuit + Superior court responses were ignored, the mayor of Salt Lake cy. + governor ignored my written efforts Dept. of labor + commission of self rejected my civil rights complaint Comrs. Herrie Anders. I also filed in Joshua Tree CA one year ago against

E. PREVIOUS LAWSUITS Continued pg 90 / 8

HHS adult + aging services, Benefits Health, Social Security and my life long significant other. The Judge said improbable my course of Action but that "he would make agencies do what they are opposed to. I've filed numerous FOIA hearings in HI, CA, MT. None take place the one in HI in apris? 2005 took 120 days till it took place then 1 yr. further response. I've met VOC. Retort counsels written governors Schwartzenegger CA + Brown, Lingle HI. Congressmen + senators CA. VT. HI. Nothing given testimony to legislature at the capitol in HI. + UT. Constant nemesis of offices of civil rights reg. 8. reg. 9 reg. 10. I've gone up the chain of everyone to W.D.C. I filed law suit in HI + Hod judges say of the proceeding they had no time for me. Judiciary misconduct in Massachusetts and HI. Ombudsmen O.og Inspector general's all ignore me + refuse to help.

Please I pray you will stop this I am malnourished, I have a strict Vegan diet the food bank here in Helena MT + USDA Senior dining Walter DoE + Jim Nolan refuse to Seniors falter through or help.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at _____ on 2 – 15 20 1 2
              (Location)        (Date)

*Jackie (Jacquelyn) Taylor*
Signature